IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THOMAS W. HILL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 11-CV-3129 |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

Plaintiff Thomas W. Hill's Complaint appealing a final decision of the Social Security Administration regarding his application for Disability Insurance Benefits and Supplemental Security Income was filed in this matter on May 11, 2011. On October 6, 2011, Defendant filed its Answer (d/e 11) to the Complaint, along with a certified copy of the Administrative Hearing Transcript. Local Rule 8.1(D) requires the Plaintiff, within 30 days after the filing of Defendants' Answer, to file a Motion for Summary Judgment. Plaintiff was provided with a copy Local Rule 8.1(D) by the Clerk on October 7, 2011 (d/e 12). Plaintiff failed to timely file the required motion, and by Text Order of November 21, 2011, U.S. Magistrate Judge

Byron Cudmore directed the Plaintiff to file his Motion for Summary Judgment on or before December 2, 2011. Plaintiff was advised that if no motion were filed, the case would be subject to dismissal for want of prosecution. On December 2, 2011, Plaintiff filed a Motion for Extension of Time (d/e 13) which was allowed by U.S. District Judge Myerscough on December 27, 2011. Judge Myerscough granted Plaintiff an additional seven days, up to January 3, 2012, to file his motion.

As of this date, Plaintiff has failed to comply with Local Rule 8.1(D). The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: February 3, 2012

                                         _____*s/ Byron G. Cudmore*_____
                                            BYRON G. CUDMORE
                              UNITED STATES MAGISTRATE JUDGE