IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THOMAS W. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-cv-03129 |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## OPINION

A Report and Recommendation was entered by United States Magistrate Judge Byron G. Cudmore in the above cause on February 3, 2012.  See d/e 14.  More than fourteen (14) days have passed since entry of the Report and Recommendation, and there have been no objections. See 28 U.S.C. § 636(b)(1).  Thus, the Court accepts the Report and Recommendation.  See Video Views, Inc.  v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 14) is ACCEPTED by

this Court;

(2) Plaintiff's Complaint is DISMISSED for want of prosecution.

ENTERED:    March 7, 2012

FOR THE COURT:

                                                                s/Sue E. Myerscough
                                                           SUE E. MYERSCOUGH
                                        UNITED STATES DISTRICT JUDGE